UNITED STATES DISTRICT COURT
FILED
MAR 17 2021
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

# UNITED STATES DISTRICT COURT

for the

Western District of New York

Rochester Division

J.H's Attorney

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Village of Brockport, et al.

(see attatched)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 21 CV 6247 EAW
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Village Of Brockport, Brockport Police Department, County of Monroe, State of New York, City Of Rochester,
Rochester Police Department, Monroe County Sheriff's Office, Brockport Volunteer Ambulance Corps, Inc., Lovely Warren,
Mark Cuzzupoli, Robin Cuzzupoli, Stephen Mesiti, his wife Jane Doe Mesiti, Paul Wheat, Robert Hagen, his wife Jane Doe Hagen, Evan Blodgett, his wife Jane Doe Blodgett, Geoffrey Catlin,
Elliott Cave, Christopher Clawson, Jane Doe Clawson, Tyler Dawson, Scott Korn, Kelly McCracken, John Doe McCracken
Joshua Sime, John Vadas, Jane Doe Vadas, Lucas VanDervort, Zachary Wakefield, Bambie Zimmerman,
Kayla Thompson, John Doe Thompson, Letitia James, Andrew Cuomo,

Susan Alexander, Geoff Campbell, Emily Curran, Lisa French, Terri Rowe, Shannon McMillon, Harris Reed, John Doe, Richard Roe, John Doe II, John Doe III, John Doe IV, John Doe V, John Doe VI, John Doe VII,
John Doe VIII, John Doe IX, John Doe X, John Doe XI, John Doe XII, John Doe XIII, John Doe XV

Margaret Blackman, Shawn Halquist, Annette M Crane, John D. La Pierre, Katherine Kristansen,
Dan Hendricks, Erica Linden, Deborah Herzog

Adam Bello, Ed Wilt, Jackie Smith, Tracy DiFlorio,
Frank Allkofer, Karla Boyce, Fred Ancello, Brian Marianetti,
Matthew Terp, Paul Dondorfer, Howard Maffucci, Sean Delehanty,
Steve Brew, Michael Yudelson, Justin Wilcox, George Herbert,
Joe Cabrone, Joseph D. Morelle, John Baynes, Kathleen Taylor, Calvin Lee Jr., Yversha Roman
Robert Colby, Rachel Barnhart, Vincent R. Felder, Linda Hasman,
Joshua Baurot, Sabrina Lamar, Frank Keophetlasy, Ernest Flagler-Mitchell,

Todd Baxter, Derrick Goetel, Michael Fowler, Korey Brown, Leighann Pettis, Christopher Rahn, Scott Alberti,
Michael Radler

Individual and Official Liability

Village Of Brockport, officially, Brockport Police Department, officially, County of Monroe, officially, State of New York, officially, City Of Rochester, officially,
Rochester Police Department, officially, Monroe County Sheriff's Office, officially, Brockport Volunteer Ambulance Corps, Inc., officially, Lovely Warren, individually,
Mark Cuzzupoli, individually, Robin Cuzzupoli, individually, Stephen Mesiti, individually, his wife Jane Doe Mesiti, individually, Paul Wheat, individually, Robert Hagen, individually, his wife Jane Doe Hagen, individually, Evan Blodgett, individually, his wife Jane Doe Blodgett, individually, Geoffrey Catlin, individually,
Elliott Cave, individually, Christopher Clawson, individually, Jane Doe Clawson, individually, Tyler Dawson, individually, Scott Korn, individually, Kelly McCracken, individually, John Doe McCracken, individually,
Joshua Sime, individually, John Vadas, individually, Jane Doe Vadas, individually, Lucas VanDervort, individually, Zachary Wakefield, individually, Bambie Zimmerman, individually,
Kayla Thompson, individually, John Doe Thompson, individually, Letitia James, individually, Andrew Cuomo, individually,

Susan Alexander, individually, Geoff Campbell, individually, Emily Curran, individually, Lisa French, individually, Terri Rowe, individually, Shannon McMillon, individually,
Harris Reed, individually, John Doe, individually, Richard Roe, individually, John Doe II, individually, John Doe III, individually, John Doe IV, individually, John Doe V, individually, John Doe VI, individually, John Doe VII, individually,
John Doe VIII, individually, John Doe IX, individually, John Doe X, individually, John Doe XI, individually, John Doe XII, individually, John Doe XIII, individually, John Doe XV, individually,

Margaret Blackman, individually, Shawn Halquist, individually, Annette M Crane, individually, John D. La Pierre, individually, Katherine Kristansen, individually,
Dan Hendricks, individually, Erica Linden, individually, Deborah Herzog, individually

Adam Bello, individually, Ed Wilt, individually, Jackie Smith, individually, Tracy DiFlorio, individually, Frank Allkofer, individually, Karla Boyce, individually, Fred Ancello, individually, Brian Marianetti, individually,
Matthew Terp, individually, Paul Dondorfer, individually, Howard Maffucci, individually Sean Delehanty, individually,
Steve Brew, individually, Michael Yudelson, individually, Justin Wilcox, individually, George Herbert, individually, Joe Cabrone, individually, Joseph D. Morelle, individually, John Baynes, individually, Kathleen Taylor, individually, Calvin Lee Jr.,individually, Yversha Roman, individually,
Robert Colby, individually, Rachel Barnhart, individually, Vincent R. Felder, individually, Linda Hasman, individually,
Joshua Baurot, individually, Sabrina Lamar, individually, Frank Keophetlasy, individually, Ernest Flagler-Mitchell, individually,

Todd Baxter, individually, Derrick Goetel, individually, Michael Fowler, individually, Korey Brown, individually, Leighann Pettis, individually, Christopher Rahn, individually, Scott Alberti, individually,
Michael Radler, individually

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | J.H's Attorney | | |
| Address | 154 East Ave | | |
| | Brockport | NY | 14420 |
| | *City* | *State* | *Zip Code* |
| County | Monroe | | |
| Telephone Number | 5857057661 | | |
| E-Mail Address | johnhenryattorney@gmail.com | | |

### B. The Defendant(s)

Contact by [redacted] Email.

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | see attatched | | |
| Job or Title *(if known)* | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☐ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | see attatched | | |
| Job or Title *(if known)* | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name: see attatched

Job or Title *(if known)*:

Address:

*City* *State* *Zip Code*

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name: see attatched

Job or Title *(if known)*:

Address:

*City* *State* *Zip Code*

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

J'H's 1st, 4th, 5th, 8th, 9th, and 10th rights were agregiously violated. Brockport Police Department, Monroe County Sheriff's Office, and Monroe County officials did not and do not take any of J.'H's rights into account.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Brockport, Rochester, Monroe County, and New York State officials, and their spouses, respectively, will be named as defendants for kidnapping J.H., and violating J.H's rights, accessory after the fact, and the conspiracy to violate J.H's rights, as well as the codes provised

Robin Cuzzupoli and other spouses that are listed as defendants are accesory after the fact and are joined in aiding and abetting respective defendants's systematic corruption, and malfeasance.

John Does that are listed are defendants that Plaintiff may or may not identify. Plaintiff will list these defendants when respective government agencies provide a full personell list, including persons who kidnapped, and cruelly and unusally punished J.H. on August 19th, 2020. Jane Does that are listed are the spouses, or wives, respectively, of defendants. Plaintiff would like to respective defendants to identify their wives, and spouses, so Plaintiff can proceed in the litigation.

Each tangible, alive, individual person is listed in their individual capacity, and are subject to damages as provised in the Relief section of this complaint. Each intangible governmental, and official entity is listed in it's official capacity, and are subject to damages provised in the Relief section of this complaint. "Individually", means Individual Capacity, in this complaint. "Officially" means official capacity, in this complaint.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Brockport, Brockport Police Department, Rochester, Monroe County Sheriff's Office, and other Monroe County officials and employees have actively participated in the egregious unlawful actions comitted against J.H or have protected and assisted the assailants that unlawfully violated J.H. These officials and employees will be named as defendants in this complaint.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Brockport NY

B. What date and approximate time did the events giving rise to your claim(s) occur?
August 19th, at approximately 11:00 AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
see attatched

These constitutional violations and kidnappings take place on on August 19, 2020. The Brockport Police Department kidnapped J.H, knew that Daniel Prude Died way before August 19th. There are racial tensions in the world and they knew this, and still willingly aggravatingly kidnapped J.H. The Brockport Police Department asked J.H if he wanted to talk outside. There is nothing protecting the Brockport Police Department actions legally. J.H feels like his parents sold his soul to the Brockport Police Department. J.H felt like he was going to die during encounters with Brockport Police Department, and aided and abbetted J.H is sitting in his room and sees John Vadas and Evan Blodgett, Robert Hagen, and more members of the Brockport Police Department. J.H was not afforded Due Process of Law. J.H legally is entitled to due process of law.

John Vadas and Evan Blodgett walked in to his room inconspicuously and asked J.H. if he wanted to talk. The officers said that theyre wearing masks and if we go outside, they wouldnt have to wear the masks. J.H complied, because they were inconspicuous, and J.H was not worried about his life, liberty and pursuit of happiness being in anyway violated. At this point, this was a consensual encounter. The officers then asked to "pat down" J.H. for weapons. J.H., thinking this is normal police protocol, said they could, and they did. Instead of searching, the police officer groped J.H's thigh and asked "what is this?" At this point, J.H turned his back, and told him what is was, which was a key to his house.This officer was no longer friendly or "cool". At this point, the officers went to violently arrest J.H, manhandling him and threatening him with pepper spray. J.H was then trafficked to his own front yard infront of his neighbours and the Seymour Library, and forcibly put on a stretcher and had every limb and extremity strapped down to a stretcher, and at this point J.H was further kidnapped and trafficked. No probable cause existed that J.H was a danger to himself or others, especially when J.H consented to speak with officers, The people who did this have no excuse under any law. They willingly and inadequately assumed jurisdiction and authority of J.H and violated him. Punching something or breaking something is done out of anger. This does not mean somebody can make a phone call and sell your soul against your knowledge and will, and a bunch of unknown assailants can come in and kidnap you and traffick you. Procedural and Substanstive due process is supposed to protect J.H.

J.H's right arm, left arm, right leg, left leg, neck and head were strapped down and then then was transported about 2 hours outside the jurisdiction of Brockport Police Department, which included the likiness of John Vadas, Evan Blodgett, and Robert Hagen. Brockport Police do not have jurisdiction or any type of authority in Rochester, New York. He was held for about 8 more hours, judged, and then released. J.H was told by the hospital staff "He shouldnt be here". This was the second time J.H was kidnapped then released and told he doesnt belong at the hospital. At no point was J.H told what was going on or what he was under arrest for. J.H was coerced and then was violently arrested.

J.H needs the prosecution of each and every person involved, respectively, and them to face years of imprisonment under equal protection of Law, respectively. Plaintiff would like to clarify and adjudicate. ask the court what they minister as equal protection of law.

Since J.H's kidnapping, extortion, and maiming took place, John Vadas, Evan Blodgett, and Robert Hagen should have been fired, disciplined, and prosecuted to the fullest extent of the law.

Margaret Blackman, Letitia James, Mark Cuzzupoli, and countless local and state officials have been informed should investigated this matter and prosecuted, punished, and reprimanded the respective individuals responsible. There should have written and unwritten laws in place to protect J.H.

John Vadas, Evan Blodgett, Robert Hagen and Brockport Police Department lied and intentionally obstructed to not show the egregious misconduct and crimes comitted by John Vadas, Evan Blodgett, and the Brockort Police Department.

The Brockport Police Department refer to this aggravated kidnapping as "MHA". It does not matter what the Brockport Police Department, refer to this, J.H was kidnapped. If you look at this matter from a birds eye view, you can clearly see this.
John Vadas and Evan Blodgett acted like "good cops" to to trick J.H into having his back turned to handcuff and then kidnap him. J.H is actually traumatized from this , thus his interactions with police officers are forever tainted and J.H is has lost his trust with police officers.

John Vadas, and Evan Blodgett's intent was to punish and humiliateJ.H. for his actions. These Brockport Police Department officers did not want to make sure J.H was in good mental health. John Vadas and Evan Blodgett blatantly showed this, even asking J.H's parent "how much the things cost" that J.H allegedly broke. J.H was told by John Vadas that the reason for him being kidnapped was because "he had squared off" to him.

The action of kidnapping is clearly defined in Federal and State Law. J.H has inalienable and federal rights that are also provised in the state level. These rights protect J.H. J.H would never kidnap somebody. Plaintiff doesnt understand how a reasonable person would do this. Plaintiff concludes that these actions were discriminatory and legally not at the discretion of officers. are racial, age-based, and familial status
John Vadas, Evan Blodgett, and about 15 unidentified Brockport Volunteers Ambulance Corps, servants made a plan to kidnap, humiliate, and imprison J.H. J.H was billed for $5,000 USD after this. This was involuntary servitude and peonage. J.H was extorted. J.H suffered immense violation of rights and mental anguish from these events.

J.H actually did not bang his head on the wall or say that he wanted to kill himself. Even if J.H did do these actions, Brockport Police Department is not allowed to kidnap J.H. because how he choses to express himself The Brockport Police Department can notJ.H was entitled to afforded Due Process of Law in the Constitution. These crimes need to be prosecuted under equal protection of the law. Brockport Police Department J.H was not a danger and did not want to talk to Brockport Police Department. Mark Cuzzupoli already ordererd and concealed the kidnapping of J.H. okay'd the kidnapping of .H has been in a pandemic Even if J.H did do that, Brockport Police Department and J.H Does not know these people and they ask

J.H was told the reason why J.H was kidnapped was because "J.H" squared off to to John Vadas and Evan Blodgett.
O'Connor v. Donaldson 422 US. 563 and many other caselaw serve as protection to J.H.
~~Brockport Police Department, John Vadas, Evan Blodgett, et al. dec~~
Brockport Police Department has already kidnapped J.H. before these events and it was determined that
No matter what authority Brockport Police Department claimed they had, J.H did not know it, thus should of ended at that instance. J.H has a right to procedural and substantive due process of law. The officers knew this. In fact, they were happy and eager to violate countless of J.H's rights and hide behind a makeshift law. This is Deprivation of Rights Under Color of Law.

Brockport, NY police officers have no authority in Rochester, NY.

J.H. was told when he was hogtied and being further trafficked for 11 hours that the only reason he was kidnapped was because he "squared off to officers". But that is not how it went. The officers asked to speak to J.H. outside "without his mask" and asked to search J.H., John Vadas, and striking and kneeing J.H. and threatened J.H. with chemicals, then kidnapped J.H. and trafficked into Rochester, NY. These events raise conflicts of interest. Why would John Vadas and Evan Blodgett instigate conflict with a mentally unfit person and use force on this same mentally unfit person when there was no force shown towards them or anybody? Why was J.H. kidnapped for a second time after he said this was illegal. If J.H was mentally unfit why would Brockport Police Department try to file charges for the same crime J.H. was kidnapped for? If J.H. was mentally unfit enough to be kidnapped against his will, why would the Brockport Police Department follow that up with a malicious, false, and fabrication based prosecution to a person who can't make his own decisions? If Daniel Prude died in March of 2020, and then George Floyd in May of 2020, why should J.H have to worry about being kidnapped, violated and harassed without regard to his constitutional rights in August of 2020? The facts are, John Vadas, Evan Blodgett and respective defendants have been involved in a conspiracy consisting of comitting unlawful actions against J.H.

Systematic Racism has been present and real in the United States and New York and this had affected J.H. needs fast and injunctive relief, and declaration of J.H.'s and special legal courtesies consisting of no legal contact with Brockport Police Department, without and until a thorough investigation is done into this matter and criminal charges are filed against Brockport Police Department and Monroe County Officials, respectively.

Brockport Police Department doesnt have any real concrete evidence or proof that what they did was legal, or not a kidnapping. The Brockport Police Department needs chronicle and inexhaustible civil and criminal consequences.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Torn Rotator Cuff

Alienation of Affection regarding police(can not trust officers to make moral and constitutional decisions)

Severe Mental Anguish

Severe Depression, Anxiety, Adjustment Disorder

4 Lacerations, 2 Infections in wrist caused to excessive force from handcuffing.

Constitutional Violation injuries were sustained

Infected with COVID-19

Sprained Legs
Sprained Wrist
Sprained Arm

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking $25,000,000 in general damages and $2,000,000 in punitive damages from each defendant named in their individual capacity.

The basis for compensation is the egregious violation of rights, harassment, and brutalization that was brought against John Henry on October 29, 2020.
I am seeking $200,000,000 in damages from Village of Brockport, in its official capacity. I am seeking $200,000,000 in damages from Brockport Police Department, in its official capacity. I am seeking $200,000,000 in damages from County of Monroe, in it's official capacity. I am seeking $200,000 in damages from State of New York, in its official capacity. I am seeking $200,000,000 in damages from City of Rochester, in its official capacity. I am seeking $200,000,000 in damages from Monroe County Sheriff's Office, in its official capacity.

[redacted]

see attatched

I am seeking $200,000,000 in damages from Rochester Police Department, in its official capacity. I am seeking $200,000,000 in general damages from Brockport Volunteer Ambulance Corps, Inc., in its official capacity. On top of monetary damages, I am asking for declaration of J.H's rights in regard to the subject matter. And I will also be asking the court for injuctive relief, if possible, along with monetary damages. The main relief I am seeking is monetary damages in this specific complaint.

**Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958).** "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." The constitutional theory is that we the people are the sovereigns, the state and federal officials only our agents." "The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but, the individual's rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed."

**Redfield v Fisher, 292 P 813, at 819 [1930]** "...**an officer may be held liable in damages to any person injured in consequence of a breach of any of the duties connected with his office**...The liability for nonfeasance, misfeasance, and for malfeasance in office is in his 'individual' , not his official capacity..."

**70 Am. Jur. 2nd Sec. 50, VII Civil Liability**
"Fraud destroys the validity of everything into which it enters,"

**Nudd v. Burrows, 91 U.S 426.** "Fraud vitiates everything"

**Boyce v. Grundy, 3 Pet. 210** "Fraud vitiates the most solemn contracts, documents and even judgments."

**U.S. v. Throckmorton, 98 US 61** WHEREAS, officials and even judges have no immunity (See, **Owen vs. City of Independence, 100 S Ct. 1398; Maine vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21**; officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America. See: **Title 42 U.S.C. Sec. 1983**. "When lawsuits are brought against federal officials, they must be brought against them in their "individual" capacity not their official capacity. When federal officials perpetrate constitutional torts, they do so ***ultra vires*** (beyond the powers) and lose the shield of immunity."

**Williamson v. U.S. Department of Agriculture, 815 F.2d. 369, ACLU Foundation v. Barr, 952 F.2d. 457, 293 U.S. App. DC 101, (CA DC 1991).**
"It is the duty of all officials whether legislative, judicial, executive, administrative, or ministerial to so perform every official act as not to violate constitutional provisions."

**Montgomery v state 55 Fla. 97-45S0.879**
a. "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible.

[redacted]

The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."

**S.C.R. 1795, Penhallow v. Doane's Administrators 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54**; and,

b. "the contracts between them" involve U.S. citizens, which are deemed as Corporate Entities:

c. "Therefore, the U.S. citizens residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity"", **Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773**

**Alexander v. Bothsworth, 1915.** "Party cannot be bound by contract that he has not made or authorized. Free consent is an indispensable element in making valid contracts."

**HALE v. HENKEL 201 U.S. 43 at 89 (1906)** Hale v. Henkel was decided by the united States Supreme Court in 1906. The opinion of the court states: "The "individual" may stand upon "his Constitutional Rights" as a CITIZEN. He is entitled to carry on his "private" business in his own way. "His power to contract is unlimited." He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. "His rights" are such as "existed" by the Law of the Land (Common Law) "long antecedent" to the organization of the State", and can only be taken from him by "due process of law", and "in accordance with the Constitution." "He owes nothing" to the public so long as he does not trespass upon their rights."

**HALE V. HENKEL 201 U.S. 43 at 89 (1906)** Hale v. Henkel is binding on all the courts of the United States of America until another Supreme Court case says it isn't. No other Supreme Court case has ever overturned Hale v. Henkel None of the various issues of Hale v. Henkel has ever been overruled since 1906, Hale v. Henkel has been cited by the Federal and State Appellate Court systems over 1,600 times! In nearly every instance when a case is cited, it has an impact on precedent authority of the cited case. Compared with other previously decided Supreme Court cases, no other case has surpassed Hale v. Henkel in the number of times it has been cited by the courts. "The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government."

**City of Dallas v Mitchell, 245 S.W. 944**
"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." **(State v. Robinson, 145 ME. 77, 72 ATL. 260).**

TITLE 18
>
PART I
>
CHAPTER 2

[redacted]

17. Any right granted to you by a government can be retracted by that government.

A right is the sovereignty to act without the permission of others. The concept of a right carries with it an implicit, unstated footnote: you may exercise your rights as long as you do not violate the same rights of another-within this context, rights are an absolute.

A right is universal - meaning: it applies to all men, not just to a few. There is no such thing as a "right" for one man, or a group of men, that is not possessed by all. This means there are no special "rights" unique to women or men, blacks or white, the elderly or the young, homosexuals or heterosexuals, the rich or the poor, doctors or patients or any other group.

A right must be exercised through your own initiative and action. It is not a claim on others. A right is not actualized and implemented by the actions of others. This means you do not have the right to the time in another person's life. You do not have a right to other people's money. You do not have the right to another person's property. If you wish to acquire some money from another person, you must earn it-then you have a right to it. If you wish to gain some benefit from the time of another person's life, you must gain it through the voluntary cooperation of that individual-not through coercion. If you wish to possess some item of property of another individual, you must buy it on terms acceptable to the owner-not gain it through theft.

All laws, rules and practices which are repugnant to the Constitution are null and void
Marbury v. Madison, 5th US (2 Cranch) 137, 180] (judicial review)

"There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent."
Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.

A State may not impose a charge for the enjoyment of a right granted by the Federal Constitution."
Murdock v. Pennsylvania, 319 U.S. 105, at 113.

"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."
Sherer v. Cullen, 481 F 946.

Execution of process and the performance of duty by constituted officers must not be thwarted. But these agents, servants of a Government and a society whose existence and strength comes from these constitutional safeguards, are serving law when they respect, not override, these guarantees. The claim and exercise of a constitutional right cannot thus be converted into a crime.
Miller v. US, 230 F 486, at 489.

The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it.").
Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/13/2021

Signature of Plaintiff: [signature] Attorney

Printed Name of Plaintiff: U.H'S Attorney

### B. For Attorneys

Date of signing: ________

Signature of Attorney: ________

Printed Name of Attorney: ________

Bar Number: ________

Name of Law Firm: ________

Address: ________

*City* *State* *Zip Code*

Telephone Number: ________

E-mail Address: ________