PLACE STICKER AT TOP OF ENVEL...

John Henry
154 East Ave
Brockport, NY
14420

7019 2970 0001 7093 8869

U.S. POSTAGE PAID
FCM LETTER
BROCKPORT, NY
14420
MAR 15, 21
AMOUNT
$4.75
R2304M111467-05

US District Court WDNY
100 State St.
Rochester, NY
14614

USDC-WDNY
MAR 17 2021
ROCHESTER