United States District Court
WESTERN DISTRICT OF NEW YORK

J.H.'s ATTORNEY

v.

VILLAGE OF BROCKPORTORT, *Officially,*
et al

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-cv-6247

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the case is dismissed without prejudice pursuant to Order Dkt. 6.

Date: June 27, 2022

MARY C. LOEWENGUTH
CLERK OF COURT

By: Lisa M.
Deputy Clerk